IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 2 3 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-30147-NJR |
| vs. | ) | Title 18, United States Code, Section 1470 |
| HAROLD D. MEEKS, JR., | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR**

On or about June 6, 2018, in Madison County, Illinois, which is within the Southern District of Illinois,

**HAROLD D. MEEKS, JR.,**

defendant herein, using a facility and means of interstate and foreign commerce, to wit: a mobile phone connected to the internet, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

### FORFEITURE ALLEGATION

Upon conviction for the offense charged in Count 1 defendant, **HAROLD D. MEEKS, JR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all obscene material produced, transported, or shipped and any and all property

used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following items all seized from the residence of **HAROLD D. MEEKS, JR.**:

1) A black Acer laptop computer, model # Aspire 5315-2326, serial number 81600294416.;

2) An IPhone 7 Model A1778 cellular phone, serial number BCG-E3091A.

A TRUE BILL

_____
CHRISTOPHER R. HOELL
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000

2