IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 19-CR-30147-NJR |
| | ) |
| HARDOLD D. MEEKS, JR. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant,

1. In June 2018, agents with the Federal Bureau of Investigation conducted an operation on an online dating application seeking to locate and identify individuals who had a sexual interest in minors.

2. On or about June 6, 2018, Defendant Harold D. Meeks, Jr. initiated contact with the Undercover agent's ("UC") profile on the dating app.

3. The UC identified himself as a 15 year old girl. Defendant provided his real age, his city of residence in Alton and also a photo of himself.

4. On June 6, 2018, during a chat with the UC that was sexual in nature, Defendant sent an unsolicited photo of his erect penis.

5. On September 25, 2018, FBI agents interviewed Defendant at his residence in Alton. Defendant admitted that he chatted with the UC on the online dating app, that the UC told him she was 15 and that he sent photos of his penis to the UC.

6. Defendant further admitted that he used his cellular phone to access the Internet and to

communicate with the UC.

7. Both Defendant and the UC were located within the Southern District of Illinois during the time period they were communicating online and when Defendant sent photos of his penis.

**SO STIPULATED:**

STEVEN D. WEINHOEFT
United States Attorney

HAROLD D. MEEKS JR.
Defendant

CHRISTOPHER HOELL
Assistant United States Attorney

ETHAN SKAGGS
Attorney for Defendant

Date: 9/14/21

Date: _____